UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS HARDEN,

    Plaintiff,                                       Case No. 1:09-cv-1025

v                                                        HON. JANET T. NEFF

DAVID GENDERNALIK, et al.,

    Defendants.
_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court grant Defendant Jozlin's motion and enter judgment for all defendants. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 30) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Defendant Stephen Jozlin"s Motion for Summary Judgment (Dkt 20) is GRANTED and Judgment is entered against Plaintiff and in favor of Defendant.

**IT IS FURTHER ORDERED** that plaintiff's claims against Defendants Kmron, Taglia, Patil, Evans, and Keareybe are dismissed without prejudice for failure to timely effect service.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).


Date: June 24, 2010                                  /s/Janet T. Neff                              
                                                     JANET T. NEFF
                                                     United States District Judge